UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 08-26122-TJC** |
|   **HARRY E. WEAVER** | : | (Chapter 13) |
| | : | |
|   **Debtor** | : | |
| | : | |
| **HARRY E. WEAVER** | : | |
| **8473 Greenbelt Road, Unit 202** | : | |
| **Greenbelt, MD 20770** | : | |
| | : | |
| | : | |
|   **Movant** | : | |
| | : | |
| **KATIE HILL** | : | |
| **8473 Greenbelt Road, Unit 202** | : | |
| **Greenbelt, MD 20770** | : | |
| | : | |
| | : | |
|   **Co-Debtor** | : | |
| | : | |
| | : | |
|   **vs** | : | |
| | : | |
| **HSBC MORTGAGE SERVICES** | : | |
| **636 Grand Regency Blvd.** | : | |
| **Brandon, FL 33510** | : | |
| **Attn: General Agent** | : | |
| | : | |
| **and** | : | |
| | : | |
| **HSBC MORTGAGE SERVICES** | : | |
| **c/o The Corporation Trust Inc.** | : | |
| **300 E. Lombard Street** | : | |
| **Baltimore, MD 21202** | : | |
| **Attn: Statutory Resident Agent** | : | |
| | : | |
|   **Respondents** | : | |

**MOTION TO AVOID THIRD LIEN OF HSBC MORTGAGE
SERVICES ON PRINCIPAL RESIDENCE PURSUANT TO 11 U.S.C. §506**

COMES NOW, Movant, Harry E. Weaver, by and through his attorney, Bennie Brooks, respectfully represents to this Honorable Court as follows:

1. This case was commenced on December 5, 2008, by the filing of a Voluntary Petition for relief under Chapter 13 of Title 11 of the United States Code.

2. This Court has jurisdiction over this matter pursuant to 26 U.S.C. §1334, 28 U.S.C. §157, 11 U.S.C §506 and the Annotated Code of Maryland, Courts & Judicial Proceedings Article 11-504 in that this action is filed by the Debtor to avoid an unsecured lien on Debtor's residence and interest in real property located at 8473 Greenbelt Road, Unit 202, Greenbelt, Prince George's County, MD 20770.

3. That Movant resides and owns the aforesaid improved, real property; said property has a fair market value of approximately $184,000 as evidenced by the attached Prince George's County tax assessment; said property is encumbered by a purchase money first deed of trust of approximately $184,668.83 held by Deutsche Bank National Trust Company and an alleged purchase money second deed of trust of approximately $55,000 held by Lender's Investment Corporation.

4. That Debtor's property is also encumbered by the attached third deed of trust held by HSBC Mortgage Services in the amount of $36,555.45.

5. That Respondent's third mortgage lien in the amount of $36,555.45 is totally unsecured and should be cancelled and avoided.

**WHEREFORE**, the Movant prays judgment against Respondent for the cancellation and avoidance of the third lien and/or judgment lien for such other and

further relief as is just.

    /s/ Bennie Brooks
BENNIE BROOKS, ESQUIRE
8201 Corporate Drive, Suite 260
Landover, MD  20785
(301) 731-4160
bbrookslaw@aol.com
Attorney for Debtor

## POINTS AND AUTHORITIES

1. <u>Johnson v. Asset Management Group, LLC.</u>, 226 B.R. 364 (D.Md. 1998).

2. 11 U.S.C § 506

    /s/ Bennie Brooks
BENNIE BROOKS, ESQUIRE

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was mailed postage prepaid, this 14th day of January 2009, at the addresses set forth below and sent electronically via CM/ECF to all interested parties and creditors listed on the mailing matrix.

HSBC Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510
Attn: General Agent

HSBC Mortgage Services
P.O. Box 21188
Eagan, MN 55121-4201
Attn: General Agent

HSBC Mortgage Services
c/o Moss Codilis, L.L.P.
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO 80111
Attn: Maria Borresen

HSBC Mortgage Services
2700 Sanders Road
Prospect Heights, IL 60070
Attn: General Agent

HSBC Mortgage Services
c/o The Corporation Trust Incorporated
300 E Lombard Street
Baltimore, MD 21202
Attn: Statutory Resident Agent

Nancy Grigsby
Chapter 13 Trustee
4201 Mitchellville Road, Suite 401
Bowie, MD 20716

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

                                                /s/ Bennie Brooks
                                                BENNIE BROOKS