UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:                                                BCN#:   08-26122

HARRY E. WEAVER                                       Chapter      13


          Debtor

DEUTCHE BANK NATIONAL TRUST COMPANY A                 **MOTION FOR ORDER GRANTING**
NATIONAL BANKING ASSOCIATION AS TRUSTEE               **RELIEF FROM AUTOMATIC STAY**
FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-
HE2
and its assignees and/or
successors in interests,
          Movant/Secured Creditor,

v.
HARRY E. WEAVER

          Debtor

and

KATIE HILL
          Co-Debtor


          COMES NOW, DEUTCHE BANK NATIONAL TRUST COMPANY A NATIONAL
BANKING ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST
2006-HE2, its assignee and/or successors in interest,  (Movant herein), by Counsel, alleges as
follows:

     1.   The above named Debtor filed a Chapter 13 Petition in Bankruptcy with this Court on
December 5, 2008.

     2.   That the bankruptcy court has jurisdiction over this proceeding pursuant to 28 U.S.C. §
157 and § 1334 and 11 U.S.C. § 362; Federal Rule of Bankruptcy Procedure 9014; 11 U.S.C. §
1301(a). This matter is a core proceeding.

     3.   The Movant is the current payee of a promissory note secured by a deed of trust upon a
parcel of real property with the address of 8473 GREENBELT ROAD, UNIT #202, Greenbelt, MD
20770 and more particularly described in the Deed of Trust dated October 24, 2005 and recorded
at Liber 23746 at Page 325, among the land records of the County of Prince George's as:

All that piece or parcel of ground, situate, lying and being in Prince George's County, Maryland, and being described as follows:

Unit Numbered 202-.8473 Greenbelt Road of a plan of condominium entitled "Chelsea Wood Condominium", as per plats and plans thereof recorded in Plat Book WWW 84 at Plats 12 through 25, both inclusive, as modified and amended by plats and plans recorded in Plat Book WWW 84 at Plats 79 through 92, both inclusive, among the land recors of Prince George's County, Maryland, and being part of the land and premises made subject to a horizontal property regime by master deed dated April 30, 1973 and recorded in Liber 4218 at folio 597, as modified by amendment to master deed dated July 16, 1973 and recorded in Liber 4250 at folio 678 among the aforesaid land records. Tax Account No. 2303808.

Copies of the Deed of Trust are attached hereto, marked as exhibits "A"  and made a part hereof by reference.

4.   This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor.

5.   The approximate total debt figure is $189,075.83.

6.   The Debtor are in default with regard to payments which have become due under the terms of the aforementioned Note and Deed of Trust since the filing of the Chapter 13 Petition.

The Debtor is due for:

o        2 post petition monthly payments of $1,358.80 each which were to be paid directly to the Movant;

7.   The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Trust Deed, but is prevented by the Automatic Stay from going forward with these proceedings.

8.   This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

9.   That NANCY L SPENCER GRIGSBY, Trustee, has been appointed by this Court as the Chapter 13 Trustee in this instant Bankruptcy proceeding.

10. This Movant is informed and believes, and based upon such information and belief, alleges that the Debtor has little or no equity in the property.

11. That the post petition arrearage is not provided for in the Debtor's Chapter 13 Plan and the Movant is therefore entitled to relief from the Co-Debtor Stay of 11 U.S.C. § 1301(a), pursuant to 11 U.S.C. § 1301 (c)(2) thereof.

12. That the Movant's security interest would be irreparably damaged by the continuance of the Co-Debtor Stay under 1301 (c)(3).

WHEREFORE, the Movant prays for an Order Granting Relief From the Automatic Stay of 11 U.S.C. § 362(a), as well as the "co-debtor stay" of 11 U.S.C. § 1301(a), and for costs of suit and disbursements of this contested matter, including reasonable attorneys fees, and, for such other relief as the court may deem to be proper.

Dated:  08/25/09

SHAPIRO & BURSON, LLP
Attorney for Movant


By:  **/s/ Kristine D. Brown**
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Michael A. Coogen. Jr., Esquire
Federal I.D. Bar No. 15105
Counsel for Movant
LAW OFFICES OF SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway # 201
Fairfax, VA 22033
(703) 449-5800 /ECF@Logs.com /  07-116038P

CERTIFICATE OF SERVICE

I certify that I have mailed true copies of the above mentioned Motion for Order Granting Relief From Stay by electronic or first class mail, postage pre-paid on the 25th day of August, 2009 to the following:

HARRY E. WEAVER
473 GREENBELT ROAD
UNIT 202                                                   - Debtor
GREENBELT, MD 20770

KATIE HILL
8473 GREENBELT ROAD
UNIT 202
GREENBELT, MD 20770                                        - Co-Debtor


NANCY L SPENCER GRIGSBY
4201 MITCHELLVILLE RD
STE 401
BOWIE, MD 20784                                            - Trustee


BENNIE R. BROOKS
8201 CORPORATE DRIVE
#260
LANDOVER, MD 20785                                         - Debtor's Attorney




        **/s/ Kristine D. Brown**
        William M. Savage, Esquire
        Kristine D. Brown, Esquire
        Michael A. Coogen. Jr., Esquire



07-116038P